The Kantrow Law Group, PLLC
Attorneys for Elm Limited, LLC.
732 Smithtown Bypass, Suite 101
Smithtown, New York 11787
51 703 3672
fkantrow@thekantrowlawgroup.com

| UNITED STATES BANKRUPTCY COURT | RETURN DATE: **9/26/23** |
|---|---|
| EASTERN DISTRICT OF NEW YORK | TIME: **10:30 a.m.** |

-------------------------------------------------------X

In re:                                                                    Chapter 7

18 WEST VIEW DRIVE LLC,                               Case No: 23-73140-ast

                            Debtor.
-------------------------------------------------------X

## NOTICE OF APPLICATION OF ELM LIMITED, LLC
## SEEKING ENTRY OF AN ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. §§ 105(a), 362(d)(1) and 362(d)(4)(B)
## AND GRANTING FURTHER RELIEF

**PLEASE TAKE NOTICE** that Elm Limited, LLC, a secured creditor herein, by and through its attorneys, The Kantrow Law Group, PLLC, shall move for the entry of an Order, substantially similar to the Order annexed hereto, granting *in rem* relief from the automatic stay pursuant to 11 U.S.C. §§ 105(a), 362(d)(1) and 362(d)(4)(B) as to the real property commonly known as 18 West View Drive, Oyster Bay, New York, on **SEPTEMBER 26, 2023 at 10:30 a.m.** or as soon thereafter as counsel may be heard, at the United States Bankruptcy Court, 290 Federal Plaza, Central Islip, New York 11722 in Courtroom 960.

**PLEASE TAKE FURTHER NOTICE** that this hearing is scheduled to be conducted on the Court's Zoom Platform.  All attorneys and unrepresented parties appearing via Zoom must register with eCourt Appearances at least two (2) business days in advance of the scheduled hearing at:  https://ecf.nyeb.uscourts.gov/cgi-bin/nyebAppearances.pl.  For more information on eCourt appearances, including a tutorial on how to use the program, you may visit the Court's website.  If for some reason you are not able to use the eCourt Appearances platform you must email the Courtroom deputy at: ast_hearings@nyeb.uscourts.gov at least two (2) business days prior to the

haring and state that a reasonable effort to use the platform has been made. You must include your name, the case number, who you represent if you are an attorney, and the date of the hearing. **Your email must include in the re line "I am not able to register using eCourt Appearances.**: You will then be provided with the dial in/log in information. If you do not have internet access you may call the Courtroom deputy with this information.

**PLEASE TAKE FURTHER NOTICE** that in the event the Court determines that an in-person hearing is required, the movant shall provide notice of the date and time of the in-person hearing.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief sought in the application must conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, as modified by any administrative orders entered in this case, and be filed with the Bankruptcy Court electronically in accordance with any Administrative Order of the Court, by registered users of the Bankruptcy Court's case filing system and, by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, Microsoft Word, DOS text (ASCII) or a scanned image of the filing, with a hard copy delivered directly to Chambers, and be served in accordance with any Administrative Order of the Court and upon: (i) The Kantrow Law Group, PLLC, 732 Smithtown Bypass, Suite 101, Smithtown, New York 11787, Attn: Fred S. Kantrow, Esq.; (ii) the chapter 7 trustee, Kenneth Kirschenbaum, 200 Garden City Plaza, Suite 315, Garden City, New York 11530; and (ii) the Office of the United States Trustee, 560 Federal Plaza, Central Islip, New York 11722; so as to be received by no later than **4:00 p.m. (prevailing Eastern time) September 19, 2023.**

**PLEASE TAKE FURTHER NOTICE** that only timely objections made be considered by the Court.

Dated: Smithtown, New York
        September 5, 2023

                              The Kantrow Law Group, PLLC
                              Attorneys for Elm Limited, LLC.

BY:   S/Fred S. Kantrow
        Fred S. Kantrow
        732 Smithtown Bypass, Suite 101
        Smithtown, New York 11787
        516 703 3672
        fkantrow@thekantrowlawgroup.com